## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMANOL EURL,<br>    Plaintiff,<br><br>    v.<br><br>NORTH PARK LLC,<br>    Defendant. | No. 3:16-cv-1533 (SRU) |

### NOTICE TO PLAINTIFF AND ORDER

On September 12, 2016, Sebastien Guillot filed a complaint in the name of his company, Normanol Eurl, and represented that he was acting *pro se*. (doc. 1) "Although 28 U.S.C. § 1654 (1976) provides that '[i]n all courts of the United States, the parties may plead and conduct their own cases personally or by counsel,' it is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed *pro se*." *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) (collecting cases). Accordingly, the plaintiff-corporation Normanol Eurl shall retain a lawyer to appear on its behalf within thirty days of the date of this Order, or the case will be dismissed.

So ordered.

Dated at Bridgeport, Connecticut, this 12th day of September 2016.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge